ARNO H. SCHOFF et al., Respondents, *v.* MOSES G. ROSENBERG et al., Appellants.

S. PARKMAN DEXTER et al., Respondents, *v.* SAME, Appellants.

(Argued June 15, 1886; decided June 22, 1886.)

*Frank E. Smith* for appellants.

*Alex. Blumenstiel* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM S. GRAY, Respondent, *v.* WILLIAM J. POLLOCK, Appellant.

(Argued June 15, 1886; decided June 22, 1886.)

*George W. Miller* for appellant.

*Theodore H. Friend* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.